ELIZABETH L. CODY, Respondent, v. NELLIE R. DAVIS and Others, Individually and as Executrices, etc., of CHARLES J. RANDALL, Deceased,

Appellants.— Judgment affirmed, without costs.  No opinion.  Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.